UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **RICKY CHARLES KELLOGG** | * | **DOCKET NO. 05-1067** |
| **VERSUS** | * | **JUDGE WALTER** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision be **REVERSED** and **REMANDED** for further proceedings in accordance therewith.

THUS DONE AND SIGNED this 13 day of July, 2007, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION